## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

*La Mara Salvatrucha*, also known as the MS-13 gang ("MS-13"), is an international criminal enterprise that is active throughout the United States, with members operating in the State of Maryland, including Prince George's County. In the Washington, D.C. metropolitan area, including in Prince George's County, Maryland, MS-13 generated income from various sources, including the extortion of sums of money from persons who engaged in business activities such as controlled substances sales, illegal brothels, and unlicensed "stores" where items such as food, alcoholic beverages, and cigarettes were sold, as well as legitimate businesses including food and beverage sales or distributors. Members of the gang often referred to these extortion payments as "rent."

MS-13 is organized in Maryland and elsewhere into "cliques," that is, smaller groups operating in a specific city or region. Cliques operated under the umbrella rules of MS-13. MS-13 cliques often work together cooperatively to engage in criminal activity and to assist one another in avoiding detection by law enforcement. One such clique operating in Maryland was Fulton Locotes Salvatrucha ("Fulton"). The Defendant, **JILMER HERNANDEZ-ALVARADO**, a/k/a **"Toro"** (**"HERNANDEZ-ALVARADO"**), was a member and associate of the Fulton clique of MS-13.

Between at least February 2018 and continuing through at least December 2020, in the District of Maryland, **HERNANDEZ-ALVARADO** and other members and associates of MS-13 conspired to extort sums of money from business owners, including the owners of unlicensed businesses such as sellers of alcoholic beverages, in the area of Langley Park, Maryland, through the threat of force and violence. Specifically, **HERNANDEZ-ALVARADO** and his co-conspirators planned and extorted business owners by extracting weekly extortion payments, referred to as "rent," from those business owners for operating in territory controlled by MS-13, threatening harm to the business owner if the rent was not paid.

Victim 1 operated a business in Langley Park, Maryland, that affected interstate commerce, in particular through the sale of alcoholic beverages that were manufactured outside the state of Maryland and moved in interstate commerce. Members and associates of MS-13 extorted Victim 1 through the threat of force and violence, impliedly threatening bodily injury if Victim 1 failed to pay rent. In furtherance of the conspiracy, **HERNANDEZ-ALVARADO** collected rent payments from Victim 1 on numerous occasions. For example, in October 2020, **HERNANDEZ-ALVARADO** directed Victim 1 to travel to Wheaton, Maryland, to make a rent payment. When Victim 1 resisted going to Wheaton, **HERNANDEZ-ALVARADO** told Victim 1 that Victim 1 would go to Wheaton if told to do so because the decision was from "La Mara." Victim 1 met **HERNANDEZ-ALVARADO** and provided a rent payment of approximately $240. The "rent"

payments made to **HERNANDEZ-ALVARADO** and his associates were used to support the Fulton clique of MS-13.

SO STIPULATED:

_____
Jessica C. Collins
Assistant United States Attorney

_____
Jilmer Hernandez-Alvarado
Defendant

_____
Jeremy Eldridge, Esq.
Counsel for Defendant

Rev. August 2018

11